UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW MEXICO

PACER Cover Sheet
for Electronically Filed Documents

Any data shown here are current as of 06/10/06 . Any element of information on this form, except the received date, is subject to change as changes may be made to the Court's official docket.

**Case Title:** Philip Gaddy, et al. v. James Bryan Menke

**Case Number:** 05-01188

## Document Information

**Description:** Complaint (05-1188) Philip Gaddy vs. James Bryan Menke . NOS 426 to Determine Dischargeability 523 . ( Filing Fee $ 150.00 Receipt # 10150-LMK)

**Received on:** 2005-08-25 09:44:01.000

**Date Filed:** 2005-08-23 00:00:00.000

**Date Entered On Docket:** 2005-08-24 00:00:00.000

## Filer Information

**Submitted By:** Conversion of Data from ACE legacy system

**If this form is attached to the document identified above, it serves as an endorsed copy of the document as it existed on the above date. To confirm that nothing has changed since then, review the docket.**

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEW MEXICO

FILED
OFFICE OF THE CLERK
05 AUG 23 PM 3:44
[BANKRUPTCY COURT
ALBUQUERQUE N.M.]

In Re:

**JAMES BRYAN MENKE,**

Debtor.  Case No. 05-16296-SA

---

**PHILIP GADDY, LANE GADDY, WESTON GADDY,
BERNARD FENENBOCK and SANDIA STORAGE II, LLC.,**

    Plaintiffs,

vs.

**JAMES BRYAN MENKE,**

    Defendant.  Adversary Proceeding No. _05-01188 S_

## Complaint to Determine Dischargeability

COME NOW, **PHILIP GADDY, LANE GADDY, WESTON GADDY, BERNARD FENENBOCK and SANDIA STORAGE II, LLC.** plaintiffs herein, by David Jaramillo and Philip Gaddy, GADDY LAW FIRM, their undersigned counsel, and for their complaint against the defendant, allege as follows:

1. This is a core proceeding over which this court has jurisdiction under title 28 U.S.C § 157(b).

2. Defendant is the debtor in this chapter 7 case. Plaintiffs are creditors of defendant.

3. This is an adversary proceeding to determine the dischargeability of a debt.

4. Defendant is indebted to plaintiffs in the following sums:

A. To Philip Gaddy in the amount of $26,500, together with interest from October 3, 2001, at the rate of fifteen percent per annum (15%);

B. To Philip Gaddy in the amount of $24,340, together with interest from July 3, 2001, at the rate of fifteen percent per annum (15%);

C. Sandia Storage, Lane Gaddy, Weston Gaddy and Bernard Fenenbock in the amount of $44,764.61, together with interest from October 3, 2001, at the rate of fifteen percent per annum (15%).

5. The underlying nature of these debts is based at least in part upon the borrowed money being obtained under false pretenses, false representations and actual fraud while the defendant was acting in a fiduciary relationship toward the plaintiffs.

6. The nature of the debts was determined in State Court proceedings in a case initially filed by defendant and entitled *JAMES B. MENKE v. PHILLIP GADDY, GLENNA GADDY, Individually and as parents and Guardians of LANE GADDY and WESTON GADDY, Minor Children, and BERNARD FENENBOCK*, **Bernalillo County Cause No. CV-99-12260.**

7. The matter resulted in entry of a Judgment in favor of the Plaintiffs herein and against Defendant James Menke for fraud, breach of fiduciary duty, conversion, and embezzlement. See Judgment and Transcript of Judgment attached hereto.

5. The sums due Plaintiffs should be declared non-dischargeable under 11 U.S.C. § 523(a) of the Bankruptcy Code.

WHEREFORE, plaintiffs request relief as follows:

A.  A declaration that Defendant's debts to Plaintiffs in the above stated amounts, plus interest, costs and attorneys fees herein, are not dischargeable;

2

B. Such other and further relief as may be appropriate.

Respectfully submitted,

GADDY LAW FIRM

_____
David Jaramillo
Philip Gaddy
2025 San Pedro NE
Albuquerque, Nm 87110
505-254-9090
505-254-9366 Fax

3